

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 1, 2007



BY HAND

The Honorable Lisa Margaret Smith
Chief United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

> Re:   United States v. German Cuadrado et al.,
>          07 Cr. 387

Dear Chief Judge Smith:

The United States hereby requests that the indictment in the above-captioned case be unsealed.

Respectfully Submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Nola B. Heller
Assistant United States Attorney
(914) 993-1939

SO ORDERED

Hon. Lisa Margaret Smith
U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____