

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

September 17, 2007



BY HAND

The Honorable Mark D. Fox
Chief United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

    Re:    United States v. German Cuadrado et al.,
            07 Cr. 387 **JUDGE BRIEANT**

Dear Judge Fox:

    The United States hereby requests that the superseding indictment in the above-captioned case be unsealed. The superseding indictment was filed on June 28, 2007, and charges seven defendants in five counts. I am on trial this week; please contact AUSA Richard C. Tarlowe at 914-993-1963 if you have any questions. Thank you very much for your assistance in this matter.

                              Respectfully Submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

               By:   */s/ Nola B. Heller*
                         Nola B. Heller
                         Assistant United States Attorney
                         (914) 993-1939

SO ORDERED:
_____
U.S. MAGISTRATE JUDGE
MARK D. FOX
United States Magistrate Judge
Southern District of New York