**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 14, 2007

**BY HAND**

The Honorable Charles L. Brieant
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

> Re:    **United States v. Jorge Flores**
> **07 Cr. 387 (CLB)**

Dear Judge Brieant:

  This letter will confirm that, as per my conversation with Your Honor's Deputy Clerk, the sentencing hearing for the above-captioned case will be rescheduled from November 19, 2007, at 2:00 p.m. to February 14, 2008, at 9:00 a.m.

     Respectfully submitted,

     MICHAEL J. GARCIA
     United States Attorney for the
     Southern District of New York

By:    *[signature]*
     Nola B. Heller
     Assistant United States Attorney
     (914) 993-1939

cc:    Susanne Brody, Esq. (By Fax)