# EXHIBIT A



1



4



2

5



3



6

RCIC PHOTO LINEUP 07-036